JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DARRELL NELSON,

                    Petitioner,

          v.

ANGELA OWENS, Warden,

                    Respondent.

Case No. 5:18-cv-02402-RGK-MAA

**JUDGMENT**

     Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  12/18/2020


_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE